**Harold Green MCKINNON,
Plaintiff—Appellant,**

v.

**FEDERAL BUREAU OF PRISONS;
Warden, Estill Federal Correctional
Institution, Defendants—Appellees.**

No. 05–6667.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 29, 2005.

Decided Oct. 6, 2005.

Harold Green McKinnon, Appellant Pro Se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harold G. McKinnon appeals the district court's orders denying relief in his action filed pursuant to the Federal Tort Claims Act and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McKinnon v. Federal Bureau of Prisons,* No. CA–03–3516–0 (D.S.C. Mar. 3 & Apr. 6, 2005). We deny McKinnon's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*